THE DELAWARE AND HUDSON COMPANY, Appellant, *v.* THE STATE OF NEW YORK, Respondent.

*State — claim for damages to railroad bridge by construction of barge canal — failure to file notice required by section 264 of Code of Civil Procedure within period provided.*

*Delaware & Hudson Co.* v. *State of N. Y.*, 190 App. Div. 884, affirmed.
(Argued April 25, 1921; decided May 10, 1921.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered December 12, 1919, affirming a judgment in favor of defendant entered upon a decision of the Court of

Claims dismissing a claim for expenditures of the claimant for the temporary support of its railroad bridge over the Champlain canal at Fort Ann, maintaining its railroad traffic thereover and reconstructing the north abutment of such bridge, all of which, it is alleged, were made necessary by the undermining of such abutment by work done by the state in the canal at that point in connection with the construction of the barge canal. The state contested its liability upon the ground that the claimant had lost its right to have its demand adjudicated in the Court of Claims because of its failure to file the requisite notice of intention as required by section 264 of the Code of Civil Procedure or to file the claim itself within the period provided therefor by that section.

*Lewis E. Carr* for appellant.

*Charles D. Newton,* Attorney-General (*Henry C. Henderson* of counsel), for respondent.

Judgment affirmed, with costs; no opinion.

Concur: Hiscock, Ch. J., Chase, Hogan, Cardozo, McLaughlin, Crane and Andrews, JJ.